## Commonwealth v. Chalfant, Appellant.

Argued April 9, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Paul Reilly,* for appellant.

*Franklin E. Barr,* Assistant District Attorney, with him *John H. Maurer,* District Attorney, and *J. Herman Kahn,* for appellee.

PER CURIAM, May 21, 1945:

The judgment of the Superior Court is affirmed on the opinion of Judge RENO.